*A. Donald MacKinnon* for motion.

*James F. Donnelly* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

FRANK P. COX, Appellant, *v.* JOHN J. McELLIGOTT, as Fire Commissioner and Treasurer of New York Fire Department Relief Fund, Respondent.

Argued November 17, 1937; decided December 10, 1937.

*W. H. K. Davey* and *Edward H. Burger* for appellant.

*Paul Windels,* Corporation Counsel (*Nicholas Bucci, Paxton Blair* and *Charles E. Hirsimaki* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.